IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN 20 AM 10: 33
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

United States of America,

    Plaintiff,

vs.                                       Civil No. 05-2140-B An

One (1) Fraudulent Lebanese Passport,

    Defendant.

## ORDER

Pursuant to a complaint filed by the United States on __February 22, 2005__, 2005, seeking the forfeiture of One (1) Fraudulent Lebanese Passport under the provisions of 18 U.S.C. § 545 and 18 U.S.C. §1028, it is hereby ORDERED:

1. That the Bureau of Immigration and Customs Enforcement will seize the defendant passport and hold said passport subject to the further orders of this Court;

2. That the Bureau of Immigration and Customs Enforcement will serve a copy of the complaint on all known claimants to the defendant passport including, without limitation, Jihad Ismail Ali or Jihad Ali Ismail and Haidar Mohamad El Kazouini;

3. That the Bureau of Immigration and Customs Enforcement will advertise in the Daily News, Memphis, Tennessee, for a period of three consecutive weeks, once per week. The advertisement will notice that the defendant passport was seized by the Bureau of Immigration and Customs Enforcement from Jihad Ismail Ali on October 6, 2004, in Memphis, Tennessee; that a Verified Complaint of Forfeiture has been filed pursuant to 18 U.S.C. § 545 and 18 U.S.C. §1028; and that each party claiming an interest in the said passport must file a claim within thirty (30) days of the notice and an answer to the complaint within twenty (20) days thereafter;

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _6-20-05_



4.  The Bureau of Immigration and Customs Enforcement may use the attached legal notice in the advertisement.

ENTERED: This 17th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(#014277 Tennessee)
(901) 544-4231

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02140 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT