IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

vs.

Civil No. 05-2140-B An

One (1) Fraudulent Lebanese Passport,

    Defendant.

## DEFAULT

The plaintiff having shown to the Clerk that the defendant, One (1) Fraudulent Lebanese Passport, has been served by the Bureau of Immigration and Customs Enforcement, and that public notice of this proceeding has been given, and that all persons known to have any claim to the defendant property have been served and notified, and that the time for filing a claim and answer has expired and no claim and answer have been filed.

The defendant, One (1) Fraudulent Lebanese Passport, is hereby declared to be in default.

**THOMAS M. GOULD**
_____
THOMAS M. GOULD
United States District Court Clerk

By: Earline Grayer
    Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02140 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT