IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _Cg_ . D.C.

05 DEC 14 PM 3: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

United States of America,

    Plaintiff,

vs.   Civil No. 05-2140-B An

One (1) Fraudulent Lebanese Passport,

    Defendant.

## JUDGMENT

The Summons and Complaint in this action having been served on the defendant and all known claimants; and the time for all said claimants to appear and defend herein having expired; and said claimants having not appeared, answered, or otherwise defended; and the plaintiff having duly filed its Request to Enter Default; and Default was entered by the clerk on December 12, 2005; and the plaintiff having filed an affidavit of the amount due the plaintiff in this action, it appears that the plaintiff is entitled to have judgment against the defendant entered as prayed for in its Complaint.

Now, on motion of the United States Attorney, it is:

ADJUDGED and ORDERED that judgment is entered in favor of the United States of America, and that the defendant, One (1) Fraudulent Lebanese Passport, be forfeited to the United States of America, to be disposed of in accordance with law.

**THOMAS M. GOULD**
THOMAS M. GOULD
United States District Court Clerk

By: Earline Grayer
    Deputy Clerk

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 12-14-05

(8)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02140 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT